UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -9 PM 5: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JASPER MARQUIS PUGH,

      Plaintiff,

v.

                                      Cv. No. 05-2610-Ma

DETECTIVE WILLIE MATHENA,

      Defendant.

# JUDGMENT

      Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is dismissed, in accordance with the Order of Dismissal, docketed December 1, 2005. Any appeal in this matter by Plaintiff, proceeding *in forma pauperis*, is not taken in good faith.

**APPROVED:**

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December 8, 2005

DATE

THOMAS M. GOULD

CLERK

(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____ 12/13 05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02610 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Jasper Marquis Pugh
05109175
201Poplar Ave 6-C-13
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT